## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

### SEPTEMBER 2025 CRIMINAL TRIAL DOCKET
for
Judge Patrick R. Wyrick

**Tuesday, September 9, 2025**

1. Your Docket Call and Trial proceeding will be held in Courtroom 503, on the 5th floor, of the William J. Holloway Jr. United States Courthouse, NW 4th & Harvey, Oklahoma City, Oklahoma.
2. Counsel are required to appear for **Docket Call, at 1:30 p.m. on Wednesday, September 3, 2025** regardless of where their case appears on the docket.
3. Pursuant to Local Criminal Rule 30.1, the parties in this case shall file all requested jury instructions, supported by appropriate authority, by **Tuesday, September 2, 2025**.  Any objections to the requested jury instructions shall be filed by **Friday, September 5, 2025**.
4. Pursuant to Local Criminal Rule 12.1, pretrial motions and responses thereto are due within the time frame under LCrR12.1 *(all pretrial motions, including requests for rulings on any contested matter of discovery, shall be filed and served <u>within 21 days from the date a plea of not guilty is entered</u> and any responses shall be filed and served within 9 days after the motion is filed)*, unless otherwise ordered by the Court.
5. Any motion to continue must satisfy LCrR12.1(f) and <u>must be filed no later than three (3) days before the scheduled Docket Call date</u>.  A waiver of speedy trial must be filed contemporaneously with any such motion.
6. At the commencement of trial, counsel shall submit three (3) typewritten lists of exhibits and witnesses to the Courtroom Deputy. (See Local Rule 43.1)
7. Please note that a valid photo identification is required to enter the federal courthouse building.

---

## JURY DOCKET

| CR-25-72-PRW | United States of America | | Thomas Snyder |
|---|---|---|---|
| | v. | | |
| | James Alvin Hudson | | Michael Noland |
| | Kayla Labrae Melton | | James Todd |

| CR-25-100-PRW | United States of America | Elizabeth Bagwell |
|---|---|---|
| | v. | |
| | Saul Fernandez, Jr | Cesar Armenta |

| CR-25-146-PRW | United States of America | Daniel Gridley |
|---|---|---|
| | v. | |
| | Justin David Gilliland | Craig M Hoehns |

| CR-25-167-PRW | United States of America | Kaleigh Blackwell |
|---|---|---|
| | v. | |
| | Zachary Lee White | Luciana Perez |

| CR-25-215-PRW | United States of America | Arvo Mikkanen |
|---|---|---|
| | v. | |
| | Dakota Scott Piercy | J.P. Hill |

| CR-25-238-PRW | United States of America | Stephen Hoch |
|---|---|---|
| | v. | |
| | Gustavo De Alba | Robert Jackson |
| | Walter Luis Zapata Manzanares | James Todd |

| CR-25-255-PRW | United States of America | Laney Ellis |
|---|---|---|
| | v. | |
| | Rolando Quinto | Luciana Perez |

| CR-25-256-PRW | United States of America | Danielle Connolly |
|---|---|---|
| | v. | |
| | Cedric Michael Vos | Traci Rhone |

| CR-25-288-PRW | United States of America | Arvo Mikkanen |
|---|---|---|
| | v. | |
| | Jesus Zuniga-Rodriguez | Kiefer Rose |