# COURTROOM MINUTE SHEET

DATE  9/3/2025
(courtroom #503)

CRIMINAL NO.     CR-25-146-PRW

UNITED STATES OF AMERICA v. JUSTIN DAVID GILLILAND

COMMENCED: 2:10 PM     ENDED: 3:20 PM     TOTAL TIME: 1 hour, 10 minutes

PROCEEDINGS: Hearing on Defendant's Motion to Dismiss Superseding Indictment (Dkt. 50)

JUDGE Patrick R. Wyrick     DEPUTY: Emily Wilkinson     REPORTER: Sherri Grubbs

PLF COUNSEL: Daniel Gridley, Mary Walters
DFT COUNSEL: Craig Hoehns
PROBATION OFFICER:
INTERPRETER:

**COURTROOM MINUTE:** Counsel appear as above noted. Defendant appears in custody with counsel. After hearing from counsel, the Court takes the matter under advisement.